**John MIKELS, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (SCRANTON LACKAWANNA HUMAN DEVELOPMENT AGENCY, INC.), Respondent.**

Supreme Court of Pennsylvania.

Nov. 14, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of November 2005, the Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is reversed based on this Court's decision in *Jeanes Hospital v. W.C.A.B. (Haas), No.* 231 MAP 2003, 582 Pa. 405, 872 A.2d 159 (2005). This matter is remanded to the WCJ for consideration of Claimant's Review Petition.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph RUSSO, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Nov. 22, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of November, 2005, the Petition for Allowance of Appeal is granted and the parties are directed to address the following issue:

Whether 34 Pa.C.S. § 901(a)(2) is unconstitutional because Article I, Section 8 of the Pennsylvania Constitution provides a landowner with a reasonable expectation of privacy in his posted property.